08-3397-pr
Charles v. Saundry

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

**At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18ᵗʰ day of February, two thousand ten.**

PRESENT:

> DEBRA ANN LIVINGSTON,
> GERARD E. LYNCH,
>> *Circuit Judges*,
> TIMOTHY C. STANCEU,[*]
>> *Judge.*

---

Leo Felix Charles,

> *Plaintiff-Appellant*,

v.                                                            08-3397-pr

Edward Saundry, I/O, Rodriguez, I/O, Depalma, I/O, Peters, I/O, James Dzurenda, I/O, Angel Quiros, I/O, Scott, I/O, Chance Martin, I/O, Mark Strange, I/O, James Taylor, I/O, Ricardo Ruiz, I/O, Pauline Husband, I/O, Mary Johnson, I/O, Patricia Ottolini, I/O, Clyde McDonald, I/O, Drouin, I/O, Scudder, I/O, Siliman, I/O, Daniel Martin, I/O, Theresa C. Lantz, I/O,

> *Defendants-Appellees.*

---

[*]The Honorable Timothy C. Stanceu, of the United States Court of International Trade, sitting by designation.

FOR APPELLANT:     Leo Felix Charles, *pro se*, Uncasville, CT.

FOR APPELLEE:      Richard Blumenthal, Connecticut Attorney General (by Neil Parille, Assistant Attorney General).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED.**

Appellant Leo Felix Charles, *pro se*, appeals from the judgment of the United States District Court for the District of Connecticut (Nevas, *J.*), granting the Appellees' motion for summary judgment and *sua sponte* dismissing Appellant's remaining claims pursuant to 28 U.S.C. § 1915(e)(2)(B). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review an order granting summary judgment *de novo*, and ask whether the district court properly concluded that there were no genuine issues of material fact and that the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). We also review *de novo* the district court's *sua sponte* dismissal of the complaint under § 1915(e), bearing in mind that, under 1915(e)(2), a court may dismiss an action if satisfied that the action is frivolous. *Giano v. Goord*, 250 F.3d 146, 149-50 (2d Cir. 2001). An action is frivolous if it lacks an arguable basis in law or fact; i.e., where it is "based on an indisputably meritless legal theory," or presents "factual contentions [which] are clearly baseless." *Neitzke v. Williams*,

2

490 U.S. 319, 325, 327 (1989) (defining when an action is frivolous).

As an initial matter, we note that Appellant has failed to raise any arguments on appeal with respect to his claims other than those relating to the alleged sexual assault, inadequate medical care, and his transfer to a mental health facility. *See LoSacco v. City of Middletown*, 71 F.3d 88, 92-93 (2d Cir. 1995) (holding that issues not raised in a *pro se* litigant's appellate brief are waived). In any event, we conclude, for substantially the same reasons stated by the district court in its thorough and well-reasoned ruling, that the Appellees were entitled to summary judgment, and that Appellant's remaining claims lacked an arguable basis in law or fact. *See Neitzke*, 490 U.S. at 325.

For the foregoing reasons, the order of the district court is **AFFIRMED**.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk